

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

NOTICE OF ORDER ON MOTION

Cause number:      01-12-01076-CR

Style:      Marcus Lee Jefferson

     **v** The State of Texas

Date motion filed*:      December 13, 2013

Type of motion:      Motion to Provide Legal Counsel

Party filing motion:      Appellant

Document to be filed:

If motion to extend time:

     Deadline to file document:

     Number of previous extensions granted:

     Length of extension sought:

Ordered that motion is:

     ☐      Granted
             If document is to be filed, document due:

             ☐   The Clerk is instructed to file the document as of the date of this order
             ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     X      Denied

     ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

On September 3, 2013, Appellant's counsel filed an Anders brief. On December 13, 2013, Appellant filed a motion requesting that this Court "grant a motion to provide legal counsel to file a response to previous counsel's Anders brief." Although Appellant has the right to file a *pro se* response to an Anders brief, Appellant is not entitled to have counsel appointed to file such a response. Accordingly, the motion is denied.

Judge's signature: /s/ Jane Bland
             ☑ Acting individually     ☐ Acting for the Court

             Panel consists of _____.

Date: January 7, 2014